### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **20–15457 – MMH**   Chapter: **7**

**Dawn Gould**
Debtor

# DEFICIENCY NOTICE

DOCUMENT: 1 – Chapter 7 Voluntary Petition Individual Filed by Dawn Gould . Section 521(i)(1) Incomplete Filing date: 7/6/2020. (Ramzziddin, Dominique)

PROBLEM: **The following items are deficient for the above pleading, and must be cured by 6/9/20.**

CURE: PLEASE SUBMIT AN AMENDED VOLUNTARY PETITION(ALL PAGES) TO INCLUDE THE CONTACT NUMBER ON PAGE 8.

CONSEQUENCE: Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 5/26/20

Mark A. Neal, Clerk of Court
by Deputy Clerk, Dominique Ramzziddin
301–344–3594

cc:   Debtor
      Attorney for Debtor – PRO SE

defntc (rev. 12/12/2016)