# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:   Case No.: **20–15457 – MMH**   Chapter: **7**

**Dawn Gould**
Debtor

## NOTICE THAT DEBTOR IS INELIGIBLE FOR DISCHARGE

Upon review of the Debtor previously filed case, notice is hereby given that Debtor Dawn Gould is ineligible for a discharge pursuant to 11 U.S.C. §727(a)(8),(9) or §1328(f). The Court shall not grant a discharge if the Debtor has received a discharge in a case filed under chapter 7, 11, 12 or 13 within the period of time specified under 11 U.S.C. §727(a)(8),(9) or §1328(f).

Objections contesting the record must be filed with the Clerk of the U.S. Bankruptcy Court within twenty–one (21) days from the date of this notice.

Dated: 5/27/20

Mark A. Neal, Clerk of Court
by Deputy Clerk, Mark Rybczynski
Team Phone: 410–962–0794

Form ntcdbaut